UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY J. PANARELLO, | ) |
| Petitioner, | ) CASE NO.   C06-124-JCC-JPD |
| v. | ) |
| RICHARD MORGAN, | ) ORDER GRANTING RESPONDENT'S |
| | ) SECOND MOTION FOR EXTENSION |
| Respondent. | ) OF TIME |

The Court, having considered respondent's second motion for extension of time, petitioner's objection thereto, and the balance of the record, does hereby find and ORDER as follows:

(1)   Respondent's second motion for an extension of time to file an answer to petitioner's federal habeas petition (Dkt. No. 10) is GRANTED. Respondent's answer was received by the Court on June 16, 2006, and has been made a part of the record.[1]

---

[1] Petitioner's objection to respondent's second request for an extension of time was posted as a motion and was noted on the Court's motion calendar. However, there is no need to consider petitioner's objection as an independent motion because the Court considered the arguments presented therein when ruling on respondent's second motion for extension of time. Petitioner's objection (Dkt. No. 11) should therefore be STRICKEN from the Court's motion calendar.

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

1
2
  (2)  The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable John C. Coughenour.

  DATED this 21st day of June, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
PAGE - 2